UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:08-CR- 171 |
| | ) | |
| v. | ) | Judges Phillips/ Guyton |
| | ) | |
| PATRICK LYNN MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about April 10, 2008, within the Eastern District of Tennessee, the defendant, PATRICK LYNN MORGAN, did knowingly, intentionally and without authority possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

### COUNT TWO

The Grand Jury further charges that, on or about April 10, 2008, within the Eastern District of Tennessee, the defendant, PATRICK LYNN MORGAN, having previously been convicted in courts of crimes punishable by terms of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, namely, a loaded Radom 9-mm x 18 Makarov pistol, Model P-64, and ammunition.

[18 U.S.C. § 922(g)(1)]

## COUNT THREE

The Grand Jury further charges that, on or about April 10, 2008, within the Eastern District of Tennessee, the defendant, PATRICK LYNN MORGAN, did knowingly possess a firearm, that is, a loaded Radom 9-mm x 18 Makarov pistol, Model P-64, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the possession with intent to distribute cocaine hydrochloride, in violation of 21 U. S. C. § 841(a)(1) as charged in Count One of this Indictment, incorporated herein by reference.

[18 U.S.C. § 924(c)(1)(A)(i)]

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson


JAMES R. DEDRICK
UNITED STATES ATTORNEY

*s/ David P. Lewen, Jr.*
David P. Lewen, Jr.
Assistant United States Attorney

2