# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** __ Blaine _____

**County/Parish:** Grainger _____

**Defendant Information:**

**Juvenile** _____ Yes __X____ No      **Matter to be Sealed:** _____Yes __X___No

**Defendant Name:** __PATRICK LYNN MORGAN_____

**U.S.C. Citations:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)

**Total # of Counts:** ___3___      Petty _____ Misdemeanor __X____ Felony

|  | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 |  | Possession with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride | 1 |
| Set 2 |  | Possession of a firearm and ammunition by a convicted felon | 2 |
| Set 3 |  | Did knowingly possess a firearm in furtherance of a drug trafficking crime | 3 |

Criminal Complaint Filed _____ Yes __X___No

Date: November 18, 2008 _____ Signature of AUSA: _s/ David P. Lewen, Jr._____